# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Peter James Cariani,<br><br>　　　　　Defendant. | 3:17-CR-00062-LRH-CBC<br><br>**Stipulation to Extend Time to File Response to Defendant's Motion to Suppress, Supplement to Motion to Suppress and Second Motion to Suppress [ECF's #30, 35 & 36]**<br><br>**AND ORDER THEREON** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through NICHOLAS A. TRUTANICH, United States Attorney for the District of Nevada, RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, and CHRIS FREY, Assistant Federal Public Defender, counsel for Defendant PETER JAMES CARIANI, to extend the time in which the Government's Response to the Defendant's Motion to Suppress [ECF #30], Supplement to Motion to Suppress [ECF #35] and Second Motion to Suppress [ECF #36] is due from May 31, 2019 and June 1, 2019, respectively, to June 5, 2019. Defendant's Reply to the Government's Response would then be due on June

20, 2019 as defense counsel will be in trial the week of June 3rd and will be preparing pretrial motions in another case the week of June 10th. This is the seventh request for an extension. Trial is currently set for August 13, 2019, and calendar call is set for August 1, 2019.

The counsel for the Government is on a business assignment to St. Louis that cannot be rescheduled, hence the continuance is necessary for the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: May 29, 2019.

| | |
|---|---|
| NICHAOLAS A. TRUTANICH<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ *Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney | /s/ *Chris Frey*<br>CHRIS FREY<br>Assistant Federal Public Defender<br>Counsel for Defendant |

IT IS SO ORDERED.

DATED: May 30, 2019.

_____
HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE