# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PETER JAMES CARIANI,<br><br>    Defendant. | 3:17-CR-00062-LRH-CBC<br><br>**ORDER REGARDING**<br>**Stipulation To Extend Time To File Government's Response To Defendant's Motion To Supplement**<br><br>**(First Request)** |

  The undersigned parties respectfully submit the following Stipulation for the Court's consideration.

  **IT IS HEREBY STIPULATED AND AGREED,** by and between undersigned counsel for the government and undersigned counsel for the defendant, Peter James CARIANI, that the time and date for filing the government's Response to Defendant's Motion to Supplement Expert Disclosures be enlarged and continued to on or before **November 2, 2020,** and that the time and date for filing the defendant's optional brief in Reply be enlarged and continued to on or before **November 11, 2020**.

This Stipulation is entered into for the following reasons:

1. Trial for this matter is set to commence on **February 9, 2021**. ECF No. 101.

2. On October 6, 2020, defendant Cariani filed a Motion to Supplement Expert Disclosures and for *Daubert* Hearing (ECF No. 102) ("Motion to Supplement"), seeking additional disclosures and an evidentiary hearing in connection with the government's Rule 16 Disclosure of Expert Witnesses.

3. The date for filing the government's Response to the Motion to Supplement is presently set for on or before October 20, 2020.

4. The government requires additional time to file its response in light of the press of government's counsels' docket and trial schedule and therefore requests an extension of time to file its Response to on or before **November 2, 2020**. The additional thirteen days requested herein will not affect the current trial setting or other scheduling dates or matters set in this case.

5. In light of any extension of time granted for the government's Response, defendant Cariani seeks an extension of time to file an optional Reply to on or before **November 11, 2020**.

6. This is the first request for an extension of time in connection with the Motion to Supplement and the parties do not anticipate further requests.

**WHEREFORE**, the parties respectfully request that the Court accept their Stipulation and enter an Order extending the time for the filing of the Government's Response to the Motion to Supplement (ECF No. 102) to on or before **November 2, 2020**, and the filing of any optional Reply to on or before **November 11, 2020**.

**DATED** this 15th day of October, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Steven W. Myhre                                          /s/ Crane M. Pomerantz
_____          _____
STEVEN W. MYHRE                                       CRANE M. POMERANTZ, Esq.
RANDOLPH J. ST. CLAIR                                JANICE A. HUBBARD, Esq.
Assistant United States Attorneys                Counsel for Peter James CARIANI
*Attorneys for the United States*

**IT IS SO ORDERED** this 16th day of October, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE