# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 3:17-CR-00062-LRH-CBC |
| v. | |
| PETER JAMES CARIANI, | **ORDER** |
| Defendant. | |

This matter coming on the Stipulation of the parties to continue the Sentencing Hearing in this matter, the premises therein having been considered by the Court and for good cause showing, the Court accepts the Stipulation and finds as follows:

1. The Rule 32 Sentencing Hearing for this matter is presently set for 11:00 a.m., on August 31, 2021.

2. The parties desire to continue the matter for less than 30 days for the reasons set out in the Stipulation.

3. The defendant is not in custody and does not object to a continuance.

4. A continuance of the hearing will not result in prejudice to either party.

It is, therefore, **ORDERED** as follows:

1. The Sentencing Hearing in this matter set for August 31, 2021, is **VACATED** and **CONTINUED**;

2. The Sentencing Hearing in this matter is set to commence at **1:30 p.m., on September 28, 2021**.

**IT IS SO ORDERED** this 10th day of August, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE